# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diedra Lashawn Rouse,<br>aka Diedra Lashawn Coverdale,<br>aka Diedra Lashawn Anderson<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-12528 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734