# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-12528-MDC

DIEDRA LASHAWN ROUSE

1252 Marie Lowe Drive

Bristol, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DIEDRA LASHAWN ROUSE

    1252 Marie Lowe Drive

    Bristol, PA 19007

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER ESQUIRE
    2480-B DURHAM RD

    BRISTOL, PA 19007-

                                            /S/ William C. Miller

Date: 9/7/2017                                    _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee