UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Diedra Lashawn Rouse | : Chapter 13 |
| Debtor | : |
| | : Bankruptcy No. 17-12528-MDC |
| | : |
| | : Motion to Allow Debtor to Proceed |
| | : With A Loan Modification |

## CERTIFICATION OF NO RESPONSE

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That a Motion to Allow Debtor to Proceed with a Loan Modification was filed on August 16, 2017.

2. Notice was served upon all creditors and interested parties on or about August 16, 2017.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

**WHEREFORE**, Debtor/Movant respectfully request that the Motion to Allow Debtor to Proceed with the Trial Period Plan and Loan Modification be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor