# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diedra Lashawn Rouse a/k/a Diedra Lashawn Coverdale, a/k/a Diedra Lashawn Anderson<br>　　　　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　　　　Movant<br>　　　vs.<br>Diedra Lashawn Rouse a/k/a Diedra Lashawn Coverdale, a/k/a Diedra Lashawn Anderson<br>　　　　　　　　　Respondent | NO. 17-12528 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of PNC Bank, National Association to Confirmation of Chapter 13 Plan, which was filed with the Court on or about December 7, 2017 (Document No. 51).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

January 3, 2018