UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In Re: Diedra Lashawn Rouse** | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 17-12528-MDC |
|  | : |  |
|  | : | Objection to Proof of Claim of |
|  | : | PNC Bank, National Association |
|  | : | Claim # 5, Filed on 8/10/2017 |
|  | : |  |

## PRAECIPE TO WITHDRAWAL

Kindly withdrawal Objection to Proof of Claim of PNC Bank, National Association (Claim #5), document entry #47, filed on November 21, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor