# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **In Re:** | **: Chapter 13** |
| **Diedra Lashawn Rouse** | **:** |
| **Debtor** | **: Bankruptcy No. 17-12528-MDC** |
|  | **:** |
|  | **: Application for Compensation** |
|  | **: of Attorney Fees for Services** |
|  | **: Rendered from 9/28/2016 to 11/27/2017** |

## PRAECIPE TO WITHDRAWAL

Kindly withdrawal Application for Compensation of Attorney Fees for Services Rendered from 9/28/2016 to 11/27/2017, Document No. 49, filed on November 28, 2017.

Date: 2/7/2018

/S/Jeffery A. Fournier, Esquire____
Jeffery A. Fournier, Esquire
Attorney for Debtor