UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Diedra Lashawn Rouse | : |
| Debtor | : Bankruptcy No. 17-12528-MDC |
| | : |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 9/28/2016 to 11/27/2017 |

PRAECIPE TO WITHDRAWAL

Kindly withdrawal Certification of No Response to the Application for Compensation of Attorney Fees for Services Rendered from 9/28/2016 to 11/27/2017, Document No. 53, filed on January 3, 2018.

Date: 2/7/2018

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor