## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | : **Chapter 13** |
| **Diedra Lashawn Rouse** | : |
| **Debtor** | : **Bankruptcy No. 17-12528-MDC** |
| | : |
| | : **Application for Compensation** |
| | : **of Attorney Fees for Services** |
| | : **Rendered from 3/27/2017 to 2/7/2018** |

### AFFIDAVIT

I, Diedra L. Rouse, received and reviewed the Fee Application filed with the Court on February 12, 2018 and after review, I have no objection to the Attorney fees requested by Jeffery A. Fournier, Esquire.


DIEDRA L. ROUSE,       Debtor

Date: 4/10/18