# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-12528-MDC

DIEDRA LASHAWN ROUSE

1252 MARIE LOWE DRIVE

BRISTOL, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DIEDRA LASHAWN ROUSE

    1252 MARIE LOWE DRIVE

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

Date: 7/30/2018

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee