UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Diedra Lashawn Rouse | : |
| Debtor | : Bankruptcy No. 17-12528-MDC |
| | : |
| | : Second Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 8/2/2018 to 11/2/2018 |

## AFFIDAVIT

I, Diedra L. Rouse, received and reviewed the Second Fee Application for Attorney Fees for Services Rendered from August 2, 2018 to November 2, 2018 filed with the Court on November 12, 2018 and after review, I have no objection to the Attorney fees requested by Jeffery A. Fournier, Esquire.

_____
DIEDRA L. ROUSE,    Debtor

Date: 11/13/18