United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-12528-mdc
Diedra Lashawn Rouse                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia        Page 1 of 1           Date Rcvd: Dec 03, 2018
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
db             +Diedra Lashawn Rouse,   1252 Marie Lowe Drive,   Bristol, PA 19007-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
     JEFFERY A. FOURNIER    on behalf of Debtor Diedra Lashawn Rouse jefffournier@verizon.net
     KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                              : Chapter 13
    Diedra Lashawn Rouse      :
                Debtor   : Bankruptcy No. 17-12528-MDC
                                    :
                                    : Motion to Modify Plan
                                    : Post Confirmation

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

AND NOW, this 3rd day of December, 2018, upon the Motion to Modify Confirmed Plan it is hereby ORDERED and DECREED that the Amended Chapter 13 Plan Dated October 19, 2018, filed with the United States Bankruptcy Court simultaneously with this Motion will be permitted to supersede and amend all previously filed Plans.

The Plan complies with the provisions of Chapter 13 and all other applicable provision of Title 11 of the United States Code.

The Plan has been proposed in good faith and not by any means forbidden by law.

The Trustee shall make payments in accordance with the Debtor's Plan.

_____
Hon. Magdeline D. Coleman            J.
United States Bankruptcy Judge