# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIEDRA LASHAWN ROUSE                    Chapter 13

                        Debtor           Bankruptcy No. 17-12528-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____20th_____ day of _____June_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFERY A FOURNIER
2480-B DURHAM RD

BRISTOL, PA 19007

Debtor:
DIEDRA LASHAWN ROUSE

1252 MARIE LOWE DRIVE

BRISTOL, PA 19007