United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-12528-mdc
Diedra Lashawn Rouse                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Jun 20, 2019
                            Form ID: pdf900       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
db            +Diedra Lashawn Rouse,    1252 Marie Lowe Drive,    Bristol, PA 19007-3414
13898924      +Bristol Boro Water & Sewer,    250 Pond Street,    Bristol, PA 19007-4992
13915821       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14036022      +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
13898925       Louis P. Vitti, Esquire,    2115 Fourth Avenue,    Pittsburgh, PA  15222
13898923      +National City Mortgage Co.,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14055026      +PNC Bank NA,   Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13966554      +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                3232 Newmark Drive,    Attn: Bankruptcy,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 21 2019 02:49:20     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 02:48:58
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 21 2019 02:49:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14055021       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2019 02:53:19
                Ashley Funding Services LLC,   c/o Resurgent Capital Services,   P. O. Box 10587,
                Greenville, SC  29603-0587
13937365       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2019 02:53:37
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
                Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13939224      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2019 02:53:37     Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14055027      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2019 02:53:19     Verizon,
                4515 N. Sana Fe Avenue,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14055022*     +Bristol Boro Water & Sewer,    250 Pond Street,    Bristol, PA 19007-4992
14055023*      ECMC,   P. O. Box 16408,    St. Paul, MN  55116-0408
14055024*      Louis P. Vitti, Esquire,    2115 Fourth Avenue,    Pittsburgh, PA  15222
14055025*     +National City Mortgage Co.,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
                                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Diedra Lashawn Rouse jefffournier@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DIEDRA LASHAWN ROUSE                Chapter 13

          Debtor                Bankruptcy No. 17-12528-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this \_\_\_20th\_\_\_ day of \_\_\_June\_\_\_, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEFFERY A FOURNIER
2480-B DURHAM RD

BRISTOL, PA 19007

Debtor:
DIEDRA LASHAWN ROUSE

1252 MARIE LOWE DRIVE

BRISTOL, PA 19007